IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

LESLIE SEAN PRUITT, )
)
Plaintiff, )
)
v. ) CV 319-076
)
WARDEN NATHAN BROOKS; DAVID )
MCDADE; ROBERT JAMES; JERRY )
WYNN; KENNETH STOREY; DOUGLAS )
COUNTY SHERIFF'S DEPARTMENT; and )
SHERIFF WALDROP, )
)
Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's motion to proceed *in forma pauperis*, (doc. no. 2.), **DISMISSES** this case without ~~prejudice, and~~ **CLOSES** this civil action.

SO ORDERED this 17th day of December, 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE